# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                              Crim. No.  4:07-CR-4-1

DONALD ALLEN EDWARDS

On Wednesday, March 5, 2008, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervisory Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ **13** _____ day of _____ **April** _____, 2012.

Terrence W. Boyle
U.S. District Judge